MICHAEL D. BRESLAUER [SBN 110259]
mbreslauer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Neal McFarlane

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| In re | CASE NO. 19-03448-CL13 |
|---|---|
| RAY ROSA, JR. dba SWC, | **REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE INCLUDED ON THE NEF ELECTRONIC MAILING LIST** |
| Debtor. | |
| | Dept: Five (5) |
| | Honorable Christopher B. Latham |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE UNITED STATES TRUSTEE, THE DEBTOR, DEBTOR'S COUNSEL AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Neal McFarlane, appearing through counsel, Michael D. Breslauer, Esq. of Solomon Ward Seidenwurm & Smith, LLP, hereby requests that copies of all notices, pleadings, and other documents filed in the above-referenced bankruptcy case, including all pleadings or notices under Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and Sections 102(1), 342(a) and 1109(b) of the United States Bankruptcy Code, **be served by NEF** as follows:

P:01295978.1:99999.999

mbreslauer@swsslaw.com

wyones@swsslaw.com

Neal McFarlane also requests that copies of all notices, pleadings, and other documents filed in the above-referenced bankruptcy case, including all pleadings or notices under Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and Sections 102(1), 342(a) and 1109(b) of the United States Bankruptcy Code, **be served by U.S. Mail** as follows:

> **Michael D. Breslauer, Esq.**
> **Solomon Ward Seidenwurm & Smith, LLP**
> **401 B Street, Suite 1200**
> **San Diego, CA  92101**

Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion or any other writing or conduct, shall constitute a waiver by the Neal McFarlane of his:

a. Right to have any final orders in any non-core matters entered only after de novo review by a United States District Court Judge;

b. Right to trial by jury in any proceeding in which this right exists, whether the right be designated legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation vel non of the proceeding as "core" under section 157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute or the United States Constitution;

c. Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or

d. Other rights, claims, actions, defenses, setoffs, recoupment or other matters to which this party is entitled under any agreements, at law or in equity, or under the United States Constitution.

1 | Neal McFarlane expressly reserves all the rights listed above.

2 | Filing this request for notice or participating in this bankruptcy proceeding
3 | shall not be deemed to constitute a concession or admission of jurisdiction in this
4 | case or before this Court.

5 | DATED: June 25, 2019        Respectfully submitted,

6 |                             SOLOMON WARD SEIDENWURM &
                                SMITH. LLP

8 |                             By: /s/ Michael D. Breslauer
9 |                                 MICHAEL D. BRESLAUER
                                    Attorneys for Neal McFarlane

# PROOF OF SERVICE

I, Wendy A. Yones, declare that I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On **June 25, 2019**, I served the following document(s):

**REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE INCLUDED ON THE NEF ELECTRONIC MAILING LIST**

on each of the interested parties stated on the attached service list.

**I.     TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 25, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

**David L. Skelton, Chapter 13 Trustee -  admin@ch13.sdcoxmail.com;
dskelton13@ecf.epiqsystems.com**
**United States Trustee - ustp.region15@usdoj.gov**

**II.     SERVED BY U.S. MAIL:** On **June 25, 2019**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows.

**PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541**

**Ray Rosa
2945 Avenida Castana
Carlsbad, CA 92009**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   June 25, 2019                           By: /s/ Wendy A. Yones
                                                                       WENDY A. YONES

P:01295978.1:99999.999                                      -4-