DAVID L. SKELTON, TRUSTEE  #96250
REBECCA E. PENNINGTON  #174488
RICHARD L. STEVENSON  #239705
OFFICE OF THE CHAPTER 13 TRUSTEE
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>RAY ROSA, JR.<br><br>2945 AVENIDA CASTANA<br>CARLSBAD, CA 92009 | Chapter 13 Case<br>Case No. 19-03448-CL13<br><br>NOTICE OF CLASSIFICATION OF CLAIM<br>AND RIGHT TO REQUEST A HEARING<br>WITH CERTIFICATE OF MAILING |

TO THE CREDITOR NAMED HEREIN AND OTHER PARTIES IN INTEREST:

    YOU ARE HEREBY NOTIFIED that the proof of claim filed for the creditor named below will be allowed in the amounts and classifications shown unless an amended plan is confirmed which changes the claim status or unless otherwise ordered by the Court.

    YOU ARE FURTHER NOTIFIED that if you object to the classifications, you must obtain a hearing date and time from the Bankruptcy Court Chapter 13 Deputy, Telephone No. (619) 557-6019, and WITHIN 31 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE serve a copy of a REQUEST AND NOTICE OF HEARING (FORM CSD 1184) and Declaration In Opposition to Classification upon the Debtor, their attorney, the creditor, and Chapter 13 Trustee, and file the original and one copy with proof of service with the Clerk, Bankruptcy Court, 325 West F Street, San Diego, California 92101-6991 by the next business day after service.

| Name & Address of Creditor: | Classification & Amount Allowed Per Plan: |
|---|---|
| CVI SGP ACQUISITION TRUST<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603<br>Comment:  NOT PROVIDED FOR | EXCLUDED    $0.00<br><br>Court Claim No:  006   Ref No:  21<br>Account No: 8898<br>Description: |

(**X**)    Excluded, not provided for in Plan. Direct pay by Debtor.


I certify under penalty of perjury that on this date I served a true copy of this document by U.S. Mail, postage prepaid, upon Debtor, their attorney, and the creditor named herein at their addresses as shown.

CERTIFICATION & DATE OF SERVICE:  September 4, 2019

  cc: ATTORNEY FOR DEBTOR:           /s/ Janelle Smith
    ~PRO PER                                   Clerk of the Office of David L. Skelton, Trustee
    DEBTOR ACTING AS OWN ATTORNEY   525 B Street, Suite 1430
    SAN DIEGO, CA 92101                San Diego, CA  92101