CSD 1163 [03/01/15]
Name, Address, Telephone No. & I.D. No.

Michael D. Breslauer SBN 110259
mbreslauer@swsslaw.com
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone (619) 231-0303
Attorneys for The Neal K. McFarlane and Jennifer C. McFarlane Revocable Trust of 1999

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Ray Rosa, Jr.

Debtor.

BANKRUPTCY NO. 19-03448-CL7

The Neal K. McFarlane and Jennifer C. McFarlane Revocable Trust of 1999

Moving Party

RS NO. MDB-1

Ray Rosa, Jr.; Gerald H. Davis, Chapter 7 Trustee,

Respondent(s)

### *EMERGENCY* MOTION FOR RELIEF FROM AUTOMATIC STAY
### (UNLAWFUL DETAINER)

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter ☐ 7  ☐ 11  ☐ 12  ☒ 13 was filed on June 10, 2019.

2. Procedural Status:
   a. ☒ Name of Trustee Appointed *(if any):* Gerald H. Davis

   b. ☐ Name of Attorney of Record for Trustee *(if any):*

   c. ☒ *(Optional)* Prior Filing Information:
      Debtor has previously filed a Bankruptcy Petition on: 12/13/18.
      If applicable, the prior case was dismissed on: 01/02/19.

   d. ☐ *(If Chapter 13 case):* Chapter 13 Plan was confirmed on _____ or a confirmation hearing is set for _____.

Movant alleges the following in support of its Motion:

1. Debtor occupies the premises commonly known as *(specify street address):*
   2945 Avenida Castana, Carlsbad, CA 92009

2. Debtor occupies the premises:
   ☐ on a month-to-month tenancy          ☒ pursuant to a lease in default
   ☐ on a hold-over tenancy               ☐ after a foreclosure sale
   ☐ on a tenancy at will                 ☐ pursuant to a terminated lease

3. Debtor has failed to pay partial monthly rent for June 2019 in the sum of $1,945; and monthly rent for August and September 2019 of $8,200 (plus late charges $300)   $10,445   since August 2019.

CSD 1163

American LegalNet, Inc.
www.FormsWorkFlow.com

4. Procedural status in State Court *(fill in all applicable data for completed steps)*:

    a. ☐ On _____, Movant served a Notice to Pay Rent or Quit on the Debtor(s).

    b. ☐ On _____, Movant filed a Complaint for Unlawful Detainer in State Court.

    c. ☐ Trial was held on _____.

    d. ☐ A Judgment was entered on said Complaint by the State Court on _____.

When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a).

    Movant attaches the following:

1. ☐ Copy of the State Court Unlawful Detainer Judgment.

2. ☒ Other relevant evidence:

    Declaration of Neal McFarlane

3. ☐ *(Optional)* Memorandum of points and authorities upon which the moving party will rely.

WHEREFORE, Movant prays that this Court issue an Order granting the following:

☒ Relief as requested

☒ Other:
Relief requested both as to the Debtor and the property located at 2945 Aveneda Castandea, Carlsbsd  t

Dated: September 11, 2019

/s/ Michael D. Breslauer
Michael D. Breslauer, Esq., Attorneys for The Neal K. McFarlane
and Jennifer C. McFarlane Revocable Trust of 1999

CSD 1163

American LegalNet, Inc.
www.FormsWorkFlow.com