MICHAEL D. BRESLAUER [SBN 110259]
mbreslauer@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for The Neal K. McFarlane and
Jennifer C. McFarlane Revocable Trust of 1999

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>RAY ROSA, JR. dba SWC,<br><br>Debtor.<br><hr>THE NEAL K. MCFARLANE AND JENNIFER C. MCFARLANE REVOCABLE TRUST OF 1999,<br><br>Movant,<br><br>v.<br><br>RAY ROSA, JR.; GERALD H. DAVIS, CHAPTER 7 TRUSTEE,<br><br>Respondent. | CASE NO. 19-03448-CL7<br><br>RS No. MDB-1<br><br>**EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY (UNLAWFUL DETAINER)**<br><br>Date: None set<br>Time:<br>Dept: Five (5)<br><br>Honorable Christopher B. Latham |

TO THE HONORABLE CHRISTOPHER B. LATHAM, UNITED STATES BANKRUPTCY JUDGE:

The Neal K. McFarlane and Jennifer C. McFarlane Revocable Trust of 1999 (the "Lessor") files its Ex Parte Application for Order Shortening Time for Notice of its Motion for Relief from Automatic Stay – Unlawful Detainer (the "Motion") as follows:

The Lessor moves ex parte pursuant to Local Bankruptcy Rule 9006-1(f) and 9013-6(a)(1)(f) for an order shortening time for a hearing on the Motion (Dkt No. 35.

P:01313252.1:64434.001

Cause exists to shorten the time for hearing on the Motion because the matter presents economically exigent circumstances regarding the ongoing payment of residential rent by the Debtor and owed to the Lessor. Without quick relief, the Debtor will continue to consume the value of the residential property he occupies. Given his conversion to Chapter 7, he will present no meaningful means to the Lessor to recoup or otherwise recover such lost value. the debtor has indicated he opposes the Motion to lift the stay. If that is so, there can be no compelling reason why he should have the benefit of an extended period to occupy the premises without providing the Court with grounds for his continued occupation without payment of current and past due rent.

Accordingly, the Debtor now brings this ex parte application for a hearing on shortened notice within which the debtor will have to file his objection. The Debtor believes that five Court days' notice to file and serve objections for a hearing to be held on September 23, 2019, or as soon thereafter as the Court's calendar will permit, is reasonable under the circumstances of this matter.

WHEREFORE, the Lessor respectfully requests that this Court issue an Order for shortened notice setting a hearing of this matter to require any opposition to the Motion to be filed and served (via email on Debtor's counsel) within four days following service; that the Debtor's reply be filed one day following service of opposition, if any; and that a hearing be set by the Court on September 23, 2019, or at the earliest practicable time thereafter.

DATED: September 12, 2019      SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ Michael D. Breslauer
MICHAEL D. BRESLAUER
Attorneys for The Neal K. McFarlane and Jennifer C. McFarlane Revocable Trust of 1999

P:01313252.1:64434.001                    2

# PROOF OF SERVICE

I, Wendy A. Yones, declare that I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, CA 92101, in said County and State. On **September 12, 2019**, I served the following document(s):

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY (UNLAWFUL DETAINER); PROPOSED ORDER**

on each of the interested parties stated on the attached service list.

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 12, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

   Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
   Gerald H. Davis    ghd@trusteedavis.com, ghd@trustesolutions.net
   United States Trustee    ustp.region15@usdoj.gov

**II.    TO BE SERVED BY EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 12, 2019**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Ray Rosa, Jr. - rayrosawoundcare@yahoo.com**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  September 12, 2019           By: /s/ Wendy A. Yones
                                          WENDY A. YONES

P:01313252.1:64434.001                       3