**CSD 1159A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Michael D. Breslauer, Esq. SBN 110259
mbreslauer@swsslaw.com
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone (619) 231-0303
Attorneys for The Neal K. McFarlane and Jennifer C. McFarlane Revocable Trust of 1999

Order Entered on
October 10, 2019
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Ray Rosa, Jr.,

Debtor.

BANKRUPTCY NO. 19-03448-CL7

The Neal K. McFarlane and Jennifer C. McFarlane Revocable Trust of 1999,

Movant(s)

jrm

RS NO. MDB-1

v.
Ray Rosa, Jr.; Gerald H. Davis, Chapter 7 Trustee,

Respondent(s)

Date of Hearing: October 7, 2019
Time of Hearing: 10:00 a.m.
Name of Judge: Christopher B. Latham

# ORDER ON
# EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY (UNLAWFUL DETAINER)

The court orders as set forth on the continuation pages attached and numbered <u>Two</u> through <u>Two</u> with

exhibits, if any, for a total of <u>Two</u> pages. Motion/Application Docket Entry No. <u>35</u>.

//

//

//

//

//

DATED:    October 9, 2019

_____
Judge, United States Bankruptcy Court

CSD 1159A


American LegalNet, Inc.
www.FormsWorkFlow.com

ORDER ON EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY (UNLAWFUL DETAINER)
DEBTOR: Ray Rosa, Jr.                                                     CASE NO: 19-03448-CL7
                                                            RS NO.: MDB-1

The Neal K. McFarlane and Jennifer C. McFarlane Revocable Trust of 1999 ("McFarlane") filed their Emergency Motion for Relief from Automatic Stay - Unlawful Detainer (Docket No. 35) (the "Motion"). The Motion was opposed by Debtor, Ray Rosa ("Rosa") and the Court set a hearing on the matter for October 7, 2019 at 10:00 a.m. At the hearing, Michael D. Breslauer, Esq. appeared on behalf of McFarlane and Rosa appeared pro se. Based on the papers filed both in support of and opposing the Motion, the comments made during the hearing, the Court finds that McFarlane's interests as lessor under the Lease are not adequately protected. Accordingly, and for good cause shown,

The Motion is granted pursuant to 11 U.S.C. Section 362(d)(1). Subject to the terms of this Order below, the automatic stay of 11 U.S.C. Section 362 is hereby terminated to enable McFarlane or his agents to take any and all steps authorized under the Lease (as defined in the Motion) and applicable non-bankruptcy law to obtain possession of the property located at 2945 Avenida Castana, Carlsbad, CA 92009 (the "Property"), inclusive of prosecution of unlawful detainer and eviction proceedings.

IT IS FURTHER ORDERED that no steps to enforce the terms of the Lease through unlawful detainer proceedings shall take place, inclusive of the service of a three-day notice to pay or quit, until November 6, 2019 if Rosa pays to McFarlane good funds in the amount of $4,100.00 on October 7, 2019 (the "Interim Payment"). McFarlane's receipt of the Interim Payment shall not be deemed a cure of defaults under the Lease or a waiver of any rights held by McFarlane to pursue any and all claims, rights and remedies to regain possession of the Property and collect all sums due under the Lease.

IT IS SO ORDERED.


Approved as to form:


R. R̶

Ray Rosa


**CSD 1159A**

American LegalNet, Inc.

Signed by Judge Christopher B. Latham October 9, 2019