# Notice Recipients

District/Off: 0974–3          User: admin               Date Created: 12/10/2019
Case: 19–03448–CL7           Form ID: 318              Total: 46

**Recipients of Notice of Electronic Filing:**
ust       United States Trustee      ustp.region15@usdoj.gov
tr        Gerald H. Davis            ghd@trusteedavis.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Ray Rosa, Jr.       2945 Avenida Castana      Carlsbad, CA 92009
smg       United States Trustee      Office of the U.S. Trustee      880 Front Street      Suite 3230      San Diego, CA 92101
smg       Employment Develop. Dept., State of CA      Bankruptcy Unit – MIC 92E      P.O. Box 826880      Sacramento, CA 94280
smg       Div. of Labor Standards Enforcement      7575 Metropolitan Drive, Suite 210      San Diego, CA 92108
smg       California Department of Tax and Fee Administration      Account Information Group, MIC:29      P.O. Box 942879      Sacramento, CA 94279–0029
smg       Dun & Bradstreet      Attn: Lynne Roberts, 2nd Floor      3501 Corporate Parkway      PO Box 520      Center Valley, PA 18034–0520
smg       Franchise Tax Board      Attn: Bankruptcy      P.O. Box 2952      Sacramento, CA 95812–2952
14606118  ADS Comenity Zales      PO Box 18210      Columbus OH 43218
14606123  ARstrat LLC      PO Box 790113      St Louis MO 63179
14606105  Accounts Receivable Consultants      211 Highland Cross Drive Suite 110      Houston TX 77073
14606106  Allstate Insurance Company      PO Box 55156      Boston MA 02205
14606112  Alltran Financial LP      PO Box 722901      Houston TX 77272
14606119  Americollect INC      1851 S Alverno Rd      Manitowoc WI 54220
14616015  Atlas Acquisitions LLC      294 Union St.      Hackensack, NJ 07601
14606107  Atlas Acquistions LLC      294 Union Street      Hackenstock NJ 07601
14606117  Bank of America      800 Market Street      Saint Louis MO 63101
14606116  Bank of America      PO Box 83100      Round Rock Tx 78683
14606120  CES/ACS Bank of America      501 Bleecker St      Utica NY 13501
14626652  CVI SGP Acquisition Trust      c/o Resurgent Capital Services      PO BOX 10587      Greenville, SC 29603–0587
14642307  Capital One Bank (USA), N.A. by      American InfoSource as agent      4515 N Santa Fe Ave      Oklahoma City, OK 73118
14606115  Comcast Communications      PO Box 660618      Dallas Tx 75266
14606108  Dept of Education/Nelnet      PO Box 82561      LIncoln NE 68501
14606104  Internal Revenue Service      PO Box 7346      Philadelphia PA 19101
14606109  Kay Jelwers /Genesis      15220 NW Greenbrier ste 200      Beaverton OR 97006
14601572  LVNV Funding, LLC      Resurgent Capital Services      PO Box 10587      Greenville, SC 29603–0587
14606412  Michael D. Breslauer, Esq.      Solomon Ward Seidenwurm & Smith, LLP      401 B Street, Suite 1200      San Diego, CA 92101
14627047  Midland Funding LLC      P.O. Box 2011      Warren, MI 48090
14606122  Midland Funding LLC      PO Box 51319      Los Angeles CA 90051
14606121  Midland Funding LLC      PO Box 98875      Las Vegas NV 89193
14606113  Navient      PO Box 9500      Wilkes Barre PA 18773
14606400  Neal McFarlane      c/o Michael D. Breslauer, Esq.      Solomon Ward Seidenwurm & Smith, LLP      401 B Street, Suite 1200      San Diego, CA 92101
14613771  Nelnet on behalf of Trellis Company      Trellis Company      P.O Box 83100      Round Rock TX 78683–3100
14630285  PORTFOLIO RECOVERY ASSOCIATES, LLC      POB 41067      Norfolk, VA 23541
14600594  PRA Receivables      10 Orchard, Suite 100      Lake Forest CA 92630
14600911  PRA Receivables Management, LLC      PO Box 41021      Norfolk, VA 23541
14602950  Portfolio Recovery Associates, LLC      POB 12914      Norfolk VA 23541
14602982  Portfolio Recovery Associates, LLC      POB 41067      Norfolk, VA 23541
14606111  SDG&E      6875 Consolidated Way      San Diego CA 92121
14600595  SDG&E      PO Box 129831      San Diego CA 92112–9831
14606114  TD Bank USA/Target      PO Box 673      Mineapolis MN 55440
14631549  The Neal K. McFarlane and Jennifer C.      McFarlane Revocable Trust of 1999      c/o Neal McFarlane, Trustee      7076 Sitio Colina      Carlsbad, CA 92009
14631334  The Neal K. McFarlane and Jennifer C. McFarlane Re      c/o Michael D. Breslauer, Esq.      Solomon Ward Seidenwurm & Smith, LLP      401 B Street, Suite 1200      San Diego, CA 92101
14613211  US Department of Education c/o Nelnet,      121 South 13th Street, Suite 201,      Lincoln, NE 68508
14606110  Westlake Financial Services      4751 Wilshire Blvd      Los Angeles CA 90010

TOTAL: 44